**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

JEFFREY S. EATON
CLERK

December 8, 2021

James W. Swift, Esq.
Wendy E. Radcliff, Esq.
Langrock Sperry & Wool, LLP
111 South Pleasant Street
P.O. Drawer 351
Middlebury, VT 05753-0351

Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401

Justin G. Sherman, Esq.
Langrock Sperry & Wool, LLP
210 College Street
P.O. Box 721
Burlington, VT 05402-0721

Re:   *Billings v. Mount Abraham Unified School District*
      Docket No. 2:21-cv-234-wks

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Donald Powers, Esq., Middlebury, Vermont
Mary P. Kehoe, Esq., Burlington, Vermont
Leo A. Bisson, Jr., Esq., South Burlington, Vermont

The intention is that all parties strive to agree on one evaluator.[2] If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).[3]

Regardless of the method, please note that you are required to file your selection with the Court by **December 27, 2021**.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Emerson Howe*
ENE Administrator
(802) 951-8113

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting *any* evaluator from the full roster, use CM/ECF event *ENE Documents–Evaluator Selection Response.*
[3] If stipulating to evaluator not on roster under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents–ENE by Stipulation.*