

June 14, 2022

Emerson Howe, ENE Administrator
United States District Court
PO Box 945
Burlington VT  05402

Re: Billings v. Mount Abraham Unified School District
    Docket No:  5:21-cv-234

Dear Emerson:

I am writing to you regarding your letter concerning the Early Neutral Evaluation (ENE) process in the above-captioned matter.  The ENE session was scheduled to occur on May 11, 2022.  We postponed the ENE session after it was discovered that one of the essential parties was unavailable to attend at that time.  We are working to file a Joint Motion to Amend the Discovery Schedule to accommodate the delays.  The new date for the ENE session with Jim Spink is scheduled for September 27, 2022.

Thank you for your patience as we work through these scheduling challenges.  Please let me know if you have other questions or concerns regarding this schedule.

Sincerely,

*Wendy E. Radcliff*

Wendy E. Radcliff
wradcliff@langrock.com
WER:drb
c:  Pietro J. Lynn, Esq.
    Kristin C. Wright, Esq.
    James W. Spink, Esq.

REPLY TO: Middlebury Office • WEBSITE: www.langrock.com • EMAIL: attorneys@langrock.com

MIDDLEBURY: 111 S. Pleasant Street, P.O. Drawer 351, Middlebury, VT  05753-0351 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, P.O. Box 721, Burlington, VT  05402-0721 • (802) 864-0217 • Fax: (802) 864-0137

A Limited Liability Partnership Including a Professional Corporation

1456779.1